NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

13-52

STATE OF LOUISIANA

VERSUS

KENNETH G. BILLINGSLEY

***********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 11114-08
HONORABLE D. KENT SAVOIE, DISTRICT JUDGE

***********

JOHN E. CONERY
JUDGE

***********

Court composed of Elizabeth A. Pickett, Phyllis M. Keaty and John E. Conery, Judges.

**APPEAL DISMISSED.**

Cynthia Killingsworth
Assistant District Attorney - 14th JDC
901 Lakeshore Drive, Suite 600
Lake Charles, LA 70601
(337) 437-3400
COUNSEL FOR APPELLEE:
      State of Louisiana

Edward K. Bauman
Attorney at Law
P. O. Box 1641
Lake Charles, LA 70602-1641
(337) 491-0570
COUNSEL FOR APPELLANT:
      Kenneth G. Billingsley

**Conery, Judge.**

Kenneth G. Billingsley was charged with armed robbery with the use of a firearm, violations of La.R.S. 14:64 and 14:64.3, and illegal possession of stolen firearm, a violation of La.R.S. 14:69.1. On February 8, 2010, Defendant filed a "Motion to Sever" the charge of illegal possession of stolen firearm from the current trial, which was granted by the trial court. On September 22, 2010, the jury found Defendant guilty of armed robbery with use of a firearm in district court docket number 11114-08.

The State filed a habitual offender bill against Defendant in district court docket number 31468-10. On November 24, 2010, Defendant was adjudicated a second felony offender pursuant to La.R.S. 15:529.1, and he was sentenced to seventy-five years imprisonment without the benefit of probation, parole, or suspension of sentence, to be served consecutively to a seven year sentence on a probation violation.

On August 31, 2012, Defendant filed a "Motion for Appeal and Designation of Record" under district court docket number 11114-08 which was granted. On appeal, Defendant challenged his conviction. This court affirmed the conviction *State v. Billingsley*, 11-790 (La.App. 3 Cir. 3/14/12), 86 So.3d 865, *writ denied*, 12-0821 (La. 9/28/12), 98 So.3d 827.

At the same time, Defendant sought appellate review of his habitual offender sentence imposed under district court docket number 31468-10. This court found the sentence was indeterminate and remanded the matter to the trial court for resentencing. *State v. Billingsley*, 11-1425 (La.App. 3 Cir. 3/14/12), 86 So.3d 872. On April 13, 2012, the trial court resentenced Defendant as a habitual offender to seventy years at hard labor to be served without benefit of parole, probation, or suspension of sentence on the enhanced armed robbery conviction and an

additional five years at hard labor without the benefit of parole, probation, or suspension of sentence for the conviction of armed robbery with use of a firearm, to run consecutively to each other.

In September of 2012, the trial court granted Defendant's motion seeking an appeal of both district court docket numbers. As a result, two appeals were filed in this court.

On February 22, 2013, this court issued an Order for Defendant to show cause why the appeal in district court docket number 1114-08 should not be dismissed as the appeal of that docket number is final. No response was received by Defendant.

Accordingly, we hereby dismiss Defendant's appeal.

**APPEAL DISMISSED.**